In the Matter of GEORGE P. KEYLOUN, Appellant, v ATTORNEY-GENERAL OF THE STATE OF NEW YORK et al., Respondents. [643 NYS2d 1013]

The Supreme Court properly determined that the petitioner lacked standing to enforce compliance by the Incorporated Village of Bellerose (hereinafter the Village) with a consent order entered into between the Village and the New York State Board of Equalization and Assessment *(see,* RPTL 216 [5]). Balletta, J. P., Rosenblatt, Thompson and Copertino, JJ., concur.